ORDERED.

Dated: April 23, 2019

_____
Karen S. Jennemann
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA - TAMPA DIVISION

IN RE:

JULIAN ANDRE GREEN *and*       CASE NO.: 6:13-bk-10165-KSJ
TIAMAYA SHEDRICKA GREEN,      CHAPTER 13
    Debtor(s).
_____/

### ORDER GRANTING TRUSTEE'S NOTICE OF FINAL CURE IN PART AND SUSTAINING CREDITOR'S OBJECTION TO NOTICE OF FINAL CURE
*Subject property: 2412 VEGA DR., TALLAHASSEE, FL 32303*

This case came before the Court on April 9, 2019 upon Trustee's Notice of Final Cure [DE 80], and the Court having reviewed the Notice and the Creditors Response to the Notice of Final Cure, and the Court being otherwise fully advised in the premises, Accordingly, it is

**ORDERED:**

1. The Trustee's Notice of Final Cure as to Creditor Federal National Mortgage association is Granted in Part and
2. Creditors Objection to the Notice of Final Cure is SUSTAINED. The delinquent amount of $6,603.00 due by the Debtor shall survive discharge.

*Attorney for Creditor, Ida A. Moghimi-Kian, is directed to serve copies of this order on interested parties and file a certificate of service within 3 days of the entry of the order.*